# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM ANTONIO FLORES-RODRIGUEZ,<br>    aka "William Anton Flores-Rodriguez,"<br>    aka "William Flores,"<br>    aka "William Flores-Rodriguez,"<br>    aka "William Rodriguez-Flores,"<br><br>    Defendant. | Case No. 2:22-mj-00799-VCF<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on November 1, 2022 at the hour of 4:00 p.m., be vacated and continued to January 30, 2023 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __20__ day of October, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE