# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00799-VCF |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| WILLIAM ANTONIO FLORES-RODRIGUEZ, aka "William Anton Flores-Rodriguez," aka "William Flores," aka "William Flores-Rodriguez," aka "William Rodriguez-Flores," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __20__ day of October, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE