# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WILLIAM ANTONIO FLORES-RODRIGUEZ,

        Defendant.

Case No. 2:22-mj-00799-VCF-1

**ORDER**

      Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 30, 2023, at the hour of 4:00 p.m., be vacated and continued to March 1, 2023 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

      DATED this 27th  day of January, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

4